920 A.2d 1227

IN THE MATTER OF JOHN F. HAMILL, JR., AN ATTORNEY
AT LAW (ATTORNEY NO. 024051980).

May 10, 2007.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 06–310, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **JOHN F. HAMILL, JR.,** of **JERSEY CITY,** who was admitted to the bar of this State in 1980, should be reprimanded for violating *RPC* 1.16(d) (failure to protect a client's interests on termination of representation) and *RPC* 8.1(b) (failure to comply with lawful demand for information from a disciplinary authority), and good cause appearing;

It is ORDERED that **JOHN F. HAMILL, JR.,** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.